```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 29988
   ROSIE MARY BRADLEY
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-9347

----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 08/01/2005 and was confirmed 12/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/16/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
----------------------------------------------------------------------
LITTON LOAN SERVICING    CURRENT MORTG          .00            .00           .00
LITTON LOAN SERVICING    MORTGAGE ARRE     12219.40            .00      12219.40
LITTON LOAN SERVICING    MORTGAGE NOTI    NOT FILED            .00           .00
MARRIOTT VACATION CLUB I SECURED            6566.00         653.02       6149.52
CAPITAL ONE              UNSEC W/INTER      697.37            .00           .00
DEEDEES OF ILLINOIS INC  UNSEC W/INTER     2575.80            .00           .00
JACKSON PARK HOSPITAL    UNSEC W/INTER    NOT FILED            .00           .00
JACKSON PARK HOSPITAL    NOTICE ONLY      NOT FILED            .00           .00
MARSHALL FIELDS          UNSEC W/INTER      719.92            .00           .00
PROVIDIAN BANK           UNSEC W/INTER    NOT FILED            .00           .00
MONAHAN & COHEN          UNSEC W/INTER     8881.51            .00           .00
LITTON LOAN SERVICING    MORTGAGE NOTI    NOT FILED            .00           .00
ERNESTO D BORGES JR      DEBTOR ATTY           .00                           .00
TOM VAUGHN               TRUSTEE                                         1,218.06
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                20,240.00

PRIORITY                                           .00
SECURED                                      18,368.92
    INTEREST                                    653.02
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                          1,218.06
DEBTOR REFUND                                      .00
                       --------------      --------------
TOTALS                 20,240.00             20,240.00


               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 29988 ROSIE MARY BRADLEY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/27/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 05 B 29988 ROSIE MARY BRADLEY